IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHAWN BUONI,

    Petitioner,

v.

WARDEN, CHILLICOTHE
CORRECTIONAL INSTITUTION,

    Respondent.

CASE NO. 2:12-CV-1147
JUDGE SARGUS
MAGISTRATE JUDGE KING

## ORDER

On August 1, 2013, the United States Magistrate Judge denied petitioner's *Motion to Hold Writ of Habeas Corpus in Abeyance,* Doc. No. 10, and recommended that respondent's *Motion to Dismiss,* Doc. No. 12, be granted. *Order and Report and Recommendation,* Doc. No. 15. Although the parties were advised of their right to object and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation,* Doc. No. 15, is **ADOPTED AND AFFIRMED**. The *Motion to Dismiss,* Doc. No. 12, is **GRANTED**. Petitioner's claims are dismissed on the merits.

This action is hereby **DISMISSED**. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this case.

8-17-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE