AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**SHAWN BUONI,**

       **Petitioner,**

**v.**

       **JUDGMENT IN A CIVIL CASE**

**WARDEN, CHILLICOTHE**      **CASE NO. 2:12-CV-1147**
**CORRECTIONAL INSTITUTION,**      **JUDGE EDMUND A. SARGUS, JR.**
                                             **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Respondent.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed August 27, 2013, JUDGMENT is hereby entered DISMISSING this action.**

Date: August 27, 2013                              JOHN P. HEHMAN, CLERK

                                                          */S/ Andy F. Quisumbing*
                                                           (By) Andy F. Quisumbing
                                                           Courtroom Deputy Clerk